Núm. 7757.—Pabón, apldo. v. Crespo, aplte.—C. D. Bayamón. ▆▆▆▆▆▆▆▆▆▆▆ Julio 6, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, dictada sentencia declarando con lugar el desahucio solicitado en este caso el 26 de abril de 1938 y notificada dicha sentencia a la parte perdidosa el 27, dicha parte, el 3 de mayo siguiente, o sea vencido ya el término de ley, archivó un escrito apelando de la misma, motivo por el cual la parte apelada solicitó la desestimación del recurso por moción de 10 de mayo último, cuya vista se celebró en junio 13 con la sola asistencia e informe del abogado de dicha parte apelada;

Por tanto, visto el artículo 630 del Código de Enjuiciamiento Civil (ed. de 1933), se declara con lugar la moción y en su consecuencia se desestima el recurso por falta de jurisdicción.

Los Jueces Asociados señores Travieso y De Jesús no intervinieron.

Núm. 7763.—Boorum & Pease Co., dmdte. v. Cantero Fernández & Co., aplte; Fernández Lema & Cía., aplda.—C. D. San Juan. Administración Judicial. Julio 6, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la asistencia de ambas partes, examinados los alegatos, y apareciendo que no es apelable la orden de que se queja el apelante concediendo a la demandante permiso para radicar un pleito de desahucio contra la demandada, actualmente bajo sindicatura, se declara con lugar dicha moción y se desestima el recurso. Véanse: 3 C. J. 578, 580, secciones 413 y 415; Bancroft's Code Practice, volumen 5, 5518–5526, secciones 4204 et. seq.; Bancroft's Code Practice, volumen 8, pp. 8340–8350.

El Juez Asociado Sr. De Jesús no intervino.